IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01678-WYD-CBS

JOHN F. SUNDBERG,

    Plaintiff,

v.

DANA G. LAWSON;
MARTHA S. URVINA;
JOHN H. MACMILLAN;
PATRICIA J. MACMILLAN;
J.A. & P.J. MACMILLAN REVOCABLE TRUST;
BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO; and
THE UNITED STATES OF AMERICA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the United States' "Unopposed Motion to Vacate Scheduling Conference and to be Excused from the Requirements of the Court's Order of August 13, 2008 (Docket No. 5)" (*doc. # 17)* is GRANTED.

    The scheduling conference, set for October 23, 2008, and all related deadlines are **VACATED**.

    IT IS FURTHER ORDERED that on or before **November 23, 2008** parties shall file either: (1) dismissal paperwork or (2) status report as to the progress of finalizing the settlement agreement.

**DATED:**    October 20, 2008