# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01678-WYD-CBS

JOHN F. SUNDBERG,

    Plaintiff,

v.

DANA G. LAWSON,
MARTHA S. URVINA,
JOHN H. MACMILLAN,
PATRICIA J. MACMILLAN,
J.A. & P.J. MACMILLAN REVOCABLE TRUST,
BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO,
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER RE: PLAINTIFF'S MOTION TO DISMISS
## THE UNITED STATES WITH PREJUDICE

The Court, having considered Plaintiff John F. Sundberg's Motion to Dismiss the United States of America with Prejudice (docket #21) pursuant to Federal Rule of Civil Procedure 41(b)(2), and finding good cause therefore, it is hereby

ORDERED that all claims against the United States or any agent or employee of the United States Forest Service by John F. Sundberg, are hereby **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

1

Dated this 25th day of November, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE