IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01678-WYD-CBS

JOHN F. SUNDBERG,

    Plaintiff,

v.

DANA G. LAWSON;
MARTHA S. URVINA;
JOHN H. MACMILLAN;
PATRICIA J. MACMILLAN;
J.A. & P.J. MACMILLAN REVOCABLE TRUST; and
BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate Status Conference (*doc. #26)* is GRANTED. The status conference set for December 29, 2008 is **VACATED**.

**DATED:**    December 23, 2008