IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01678-WYD-CBS

JOHN F. SUNDBERG,

    Plaintiff,

v.

DANA G. LAWSON,
MARTHA S. URVINA,
JOHN H. MACMILLAN,
PATRICIA J. MACMILLAN,
J.A. & P.J. MACMILLAN REVOCABLE TRUST,
BOARD OF COUNTY COMMISSIONERS OF GILPIN COUNTY, COLORADO,
THE UNITED STATES OF AMERICA,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Remand Pursuant to 28 USCS § 1447(c), filed January 2, 2008 (docket # 24). The Court having reviewed the Motion and the premises therein, and no objection being filed by the Defendants, it is hereby

ORDERED that Plaintiff's Motion to Remand Pursuant to 28 USCS § 1447(c), filed January 2, 2008 (docket # 24) is **GRANTED**. It is

FURTHER ORDERED that the case is hereby remanded to the Gilpin County, Colorado District Court.

Dated: January 29, 2009

                BY THE COURT:

                <u>s/ Wiley Y. Daniel</u>
                Wiley Y. Daniel
                U. S. District Judge